UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case Number 14-20565

v.                                         Honorable David M. Lawson

MARKIESE KING,

        Defendant.
_____/

## ORDER DIRECTING RESPONSE

On January 4, 2021, the defendant filed a motion for a compassionate release under 18 U.S.C. § 3582 due to the health risks posed by the coronavirus pandemic. The Court has reviewed the motion and finds that it warrants a prompt response.

Accordingly, it is **ORDERED** that the government must respond to the defendant's motion for compassionate release (ECF No. 109) on or before **January 21, 2021**.

                                                            s/David M. Lawson
                                                            DAVID M. LAWSON
                                                            United States District Judge

Dated: January 7, 2021